Shmuel Klein
Law Office of Shmuel Klein PA
Attorneys for Debtor
113 Cedarhill Ave
Mahwah, NJ  07430
(845) 425-2510

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>------------------------------X<br>IN RE:<br>    Shanae Lyles<br>        Debtor<br>------------------------------X | Hearing Date : 02/09/2022 10:00AM<br><br>Case No. 21-13926 (SLM)<br><br>Chapter 13 |

## NOTICE OF MOTION TO AUTHORIZE SALE

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Shanae Lyles a motion pursuant to 11 U.S.C. Section 105(a) and 11 U.S.C. Sections 363 will be made as follows:

| | |
|---|---|
| **JUDGE:** | Hon. Stacey L. Meisel |
| **RETURN DATE AND TIME**: | 02/09/2022 10:00AM |
| **PLACE**: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, N.J. 07102 |
| **RELIEF REQUESTED:** | An order permitting Debtor sell free and clear of liens and encumbrances |
| **BASIS FOR RELIEF REQUESTED:** | 11 USC 363 |

DATED: January 10, 2022
    Mahwah, NJ

                                               /s/ Shmuel Klein
                                               Shmuel Klein
                                               Law Office of Shmuel Klein, PA